UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
MELCOM FERNANDES,

            Plaintiff,

            -against-

MUGHLAI GRILL INDIAN CUISINE, INC., et al.,

            Defendants.
-------------------------------------------------------------x

24-CV-9795 (JAV) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

This case has been referred to the Southern District's Mediation Program. Accordingly:

- The Initial Case Management Conference currently scheduled for April 22, 2025, is

    **ADJOURNED** *sine die*.

- The parties' deadline to submit their Rule 26(f) Report is **ADJOURNED** *sine die*.

- This case is **STAYED** pending the resolution of mediation.

**SO ORDERED.**

Dated: April 11, 2025
New York, New York

                             */s/ Ona T. Wang*
                              **Ona T. Wang**
                     United States Magistrate Judge