**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
MELCOM FERNANDES,                                     :
                                                      :
            Plaintiff,                  :   24-CV-9795 (OTW)
                                                      :
      -against-                                    :   **ORDER**
                                                      :
MUGHLAI GRILL INDIAN CUISINE, INC., et al.,           :
                                                      :
           Defendants.                 :
                                                      :
                                                      :
-------------------------------------------------------------x

      **ONA T. WANG**, **United States Magistrate Judge**:

      In light of the parties' settlement agreement, the parties are directed to meet and confer then file a joint letter no later than **SEPTEMBER 26, 2025**, on the docket, either informing the Court that they intend to follow the example put forth in *Mei Xing Yu v. Hasaki Rest., Inc.*, 944 F.3d 395, 398 (2d Cir. 2019) or proposing a briefing schedule for their *Cheeks* submissions.

      **SO ORDERED.**

|  |  |
|---|---|
|  | */s/ Ona T. Wang* |
| Dated: September 12, 2025 | **Ona T. Wang** |
|       New York, New York | United States Magistrate Judge |