UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

MELCOM FERNANDES,

<em>Plaintiff</em>,

Civil Docket No.:
24-cv-9795

~~PROPOSED~~
**JUDGMENT**

-against-

DYNAMICS FOOD CORP. (d/b/a Mughlai Grill),
NURRUZAMAN BHUIYAN, and IQBAL H. BHUIYAN, *as individuals*,

<em>Defendants.</em>

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

**WHEREAS**, MELCOM FERNANDES, ("Plaintiff") commenced this collective action against DYNAMICS FOOD CORP. (d/b/a Mughlai Grill), NURRUZAMAN BHUIYAN, and IQBAL H. BHUIYAN, *as individuals*, ("Defendants"); and

**WHEREAS**, the Defendants, by and through their counsel, served an Offer Of Judgment dated December 22, 2025, pursuant to Rule 68 of the Federal Rules of Civil Procedure ("FRCP") for the sum of Forty Thousand Dollars ($40,000.00), inclusive of attorneys' fees, expenses, and costs to the date of this offer to which Plaintiff may be entitled, for the claims alleged in this action;

**WHEREAS**, on December 29, 2025, Plaintiff filed his Notice of Acceptance of Offer of Judgment Pursuant To Fed. R. Civ. P. 68, accepting Defendants' Offer of Judgment dated December 22, 2025, and allowing Plaintiff to take Judgment against the Defendants, jointly and severally, in the amount of Forty Thousand Dollars ($40,000.00), inclusive of attorney's fees,

expenses, and costs to the date of this offer to which Plaintiff may be entitled, for the claims alleged in this action;

Accordingly, it is hereby:

**ORDERED, ADJUDGED AND DECREED**: That Plaintiff MELCOM FERNANDES, have judgment against DYNAMICS FOOD CORP. (d/b/a Mughlai Grill), NURRUZAMAN BHUIYAN, and IQBAL H. BHUIYAN,, *as individuals*, jointly and severally, in the amount of Forty Thousand Dollars ($40,000.00), inclusive of attorneys' fees, expenses and costs.

Dated: ____New York____, New York

____May 20, 2026____

_____
Hon. Magistrate Judge Ona T. Wang